IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

Reda Amir,

        Plaintiff,

v.

PNC Bank, National Association

        Defendant.

Civil Action No. 1:20-cv-01345

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties, by and through their respective counsel of record, and pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby stipulate and agree that the above-captioned action shall be, and hereby is, dismissed with prejudice, with the parties to bear their own respective fees and costs incurred herein.

It is so ORDERED this 4th day of Nov., 2021.

/s/
Anthony J. Trenga
Anthony Trenga, U.S. District Judge
U.S. District Court for the
Eastern District of Virginia